IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:99-cr-00055-MP-AK

ROYCE EDWARD TOLLEY ,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 434, Motion to Consolidate First Appearance and Final Hearing, filed by Defendant Royce Tolley. In his motion, Defendant states that he is scheduled to appear before the Court on an initial appearance on a violation of supervised release set for November 1, 2007. Defendant currently resides in Colorado, and he says that it is cost-prohibitive for him to make multiple trips for the first appearance and final hearing. Because of this, Defendant requests that both hearings be consolidated. The Government does not object to Defendant's motion. Therefore, Defendant's motion is granted, the first appearance and final hearing are consolidated, and both hearings shall occur on Thursday, October 25, 2007, at 3:30 p.m.

**DONE AND ORDERED** this   *17th* day of October, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge